# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | PO 25-5157-GF-JTJ |
| Plaintiff, | VIOLATIONS: |
| | E2029554 |
| vs. | E2029555 |
| | E2029556 |
| **SHAWN N. LAGOMARSINO,** | E2029557 |
| | Location Code: M13 |
| Defendant. | |
| | **ORDER** |

Based upon the United States' motion to dismiss violations, accept payment plan, and vacate bench trial, and for good cause shown,

**IT IS ORDERED** that the parties' proposed payment plan is ACCEPTED. The defendant shall pay the forfeiture amount on violation E2029556 ($750 fine, plus $30 processing fee) in monthly payments due as follows: $250 due February 1, 2026; $250 due March 1, 2026; and $280 due April 1, 2026. Payments shall be made through the CVB website at www.cvb.uscourts.gov.

**IT IS FURTHER ORDERED** that violations E2029554, E2029555, and E2029557 are **DISMISSED**.

//

//

**IT IS FURTHER ORDERED** that the bench trial scheduled for January 9, 2026, is **VACATED**.

DATED this 7th day of January 2026.

_____
John Johnston
United States Magistrate Judge